STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JENNIFER LEE TARN, CBSN 240609
Special Assistant United States Attorney
 Social Security Administration
 1600 Spear Street, 8th Floor
 San Francisco, California 94105
 Telephone: (415) 977-8825
 Facsimile: (415) 744-0134
 E-mail: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY CONNELL,<br><br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner,<br>Social Security Administration,<br><br>            Defendant. | Case No.: 3:14-cv-02664-MEJ<br><br>~~[PROPOSED]~~ **ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

DATED: 11/7/2014

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE